**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALICIA PURCELL,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 5:25-CV-00304** |

**<u>DEFENDANT'S DESIGNATION OF TESTIFYING EXPERT WITNESSES</u>**

Defendant The Lincoln National Life Insurance Company ("Defendant") files this Designation of Expert Witnesses pursuant to the Scheduling Order entered by the Court in the above-styled matter on June 27, 2025 (Document 9).

Defendant designates Iwana Rademaekers as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter. Ms. Rademaekers' testimony will be based on her experience, education, and qualifications, as well as her knowledge concerning the prosecution and defense of litigation such as the above-styled action before this Court. Ms. Rademaekers is not retained or specifically employed to provide expert testimony in this case and is not the Plaintiff's employee who regularly provides testimony. Therefore, no written report is required under Fed. R. Civ. P. 26(a)(2)(B).

Dated: October 27, 2025.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

October 27, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers